IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL RAYHAAN ALI, #1077766 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-298 |
| | § | |
| DOUGLAS DRETKE, ET AL. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is DISMISSED.

This is a FINAL JUDGMENT.

**DONE** at Galveston, Texas, this the 12th day of January, 2006.

_____
Samuel B. Kent
United States District Judge